## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 331 MAL 2018

Respondent

v.

ROBERT UNDERCUFFLAR COPELAND,

Petitioner

: Petition for Allowance of Appeal from
: the Order of the Superior Court

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.